**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02124-ZLW

SHAWN MANDEL WINKLER,

     Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections, and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

     Applicant's "Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)" filed on November 17, 2010 (Doc. # 21) is DENIED for the reasons stated in the Court's Order Denying Motion to Reconsider filed in this action on November 9, 2010.

Dated:  November 22, 2010